**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
316.267.6371

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CASSELL C. RANDLE, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-1284-MLB |
| JAYSON G. GOODRICH, JOSHUA R. McGONIGLE, LINDSEY E. CLARK, BRUCE C. SIMON, KYLE A. KELLY, QUENTIN J. CLARK, KC L. CLARK, CHRISTINA D. PADIN, KINNARD J. CLARK, MONICA R. JELICH, BRIAN S. TAYLOR, MARIAH R. CLARK and CODY CLARK, individually and as co-conspirators, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Jay F. Fowler of Foulston Siefkin, LLP, and enters his appearance for and on behalf of the defendants Jayson G. Goodrich; Bruce C. Simon; Kyle A. Kelley; Quentin J. Clark; KC L. Clark; and Mariah R. Clark in the above-captioned matter.

FOULSTON SIEFKIN, LLP
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas  67206-4466
Direct Telephone:   316-291-9778
Fax:                866-738-3160
E-Mail:  jfowler@foulston.com

By:  **/s/ Jay F. Fowler**
Jay F. Fowler, #10727
*Attorneys for Defendants*
*Jayson G. Goodrich, Bruce C. Simon,*
*Kyle A. Kelley, Quentin J. Clark,*
*KC L. Clark, and Mariah R. Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2006, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark G. Ayesh  mayesh@ayesh.kscoxmail.com
Ray E. Simmons  rsimmons@ayesh.kscoxmail.com
Ayesh Law Offices
P.O. Box 78150
Wichita, KS  67278-1750
   ATTORNEYS FOR PLAINTIFF

Terry L. Mann  tlmann@martinpringle.com
Martin, Pringle, Oliver,
   Wallace & Bauer, LLP
100 N. Broadway, Suite 500
Wichita, KS  67202
   ATTORNEY FOR DEFENDANT JOSHUA R. MCGONIGLE

John Terry Moore  terry@mooremartin.com
Moore Martin, LC
622 E. Douglas Ave.
Wichita, KS  67202
   ATTORNEY FOR DEFENDANT KINNARD J. CLARK

Marc A. Powell  mpowell@powellbrewer.com
Powell, Brewer & Reddick LLP
727 N. Waco, Suite 560
Wichita, KS  67203
   ATTORNEY FOR DEFENDANT BRIAN S. TAYLOR

                                            **/s/ Jay F. Fowler**
                                            Jay F. Fowler, #10727