**FOULSTON & SIEFKIN L.L.P.**
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
316.267.6371

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CASSELL C. RANDLE, JR., )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>JAYSON G. GOODRICH, JOSHUA R. )<br>McGONIGLE, LINDSEY E. CLARK, )<br>BRUCE C. SIMON, KYLE A. KELLY, )<br>QUENTIN J. CLARK, KC L. CLARK, )<br>CHRISTINA D. PADIN, KINNARD J. CLARK, )<br>MONICA R. JELICH, BRIAN S. TAYLOR, )<br>MARIAH R. CLARK and CODY CLARK, )<br>individually and as co-conspirators, )<br>)<br>   Defendants. )<br>_____) | Case No. 06-1284-MLB |

## ORDER EXTENDING TIME TO PLEAD

NOW, on this 13th day of October, 2006, it is ordered that defendants Jayson G. Goodrich, Bruce C. Simon, Kyle A. Kelley, Quentin J. Clark, KC L. Clark and Mariah R. Clark are granted ten (10) additional days additional days in which to answer or otherwise plead to plaintiff's Complaint filed herein, from and after the original answer date of October 13, 2006 until October 27, 2006.  The time originally prescribed has not expired.

CLERK OF THE DISTRICT COURT


By   s/ R. Moody
      Deputy Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2006, I electronically filed the foregoing CLERK'S ORDER EXTENDING TIME TO PLEAD with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to::

| | |
|---|---|
| Mark G. Ayesh | mayesh@ayesh.kscoxmail.com |
| Ray E. Simmons | rsimmons@ayesh.kscoxmail.com |
| Terry L. Mann | tlmann@martinpringle.com |
| John Terry Moore | terry@mooremartin.com |
| Marc A. Powell | mpowell@powellbrewer.com |

/s/ Jay F. Fowler
Jay F. Fowler, #10727
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
Telephone:    316.291.9541
Fax:          866.738.3160
jfowler@foulston.com
ATTORNEY FOR DEFENDANTS
KC L. CLARK, QUENTIN J. CLARK
AND KYLE A. KELLY