**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
316.267.6371

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CASELL C. RANDLE, JR.,                                 )<br>                                                                      )<br>        Plaintiff,                                              )<br>                                                                      )<br>vs.                                                                  )<br>                                                                      )<br>JAYSON G. GOODRICH, JOSHUA R.          )<br>McGONIGLE, LINDSEY E. CLARK,             )<br>BRUCE C. SIMON, KYLE A. KELLY,           )<br>QUENTIN J. CLARK, KC L. CLARK,             )<br>CHRISTINA D. PADIN, KINNARD J. CLARK, )<br>MONICA R. JELICH, BRIAN S. TAYLOR,      )<br>MARIAH R. CLARK and CODY CLARK,        )<br>individually and as co-conspirators,                  )<br>                                                                      )<br>        Defendants.                                        )<br>_____) | Case No. 06-1284-MLB |

## RESPONSE OF DEFENDANTS BRUCE C. SIMON, KYLE A. KELLY QUENTIN J. CLARK, KC L. CLARK AND MARIAH R. CLARK TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

COME NOW defendants Bruce C. Simon, Kyle A. Kelly, Quentin J. Clark, KC L. Clark and Mariah R. Clark and announce to the Court that they have no objection to plaintiff's Motion for Protective Order and for Leave to Obtain Law Enforcement Reports Before Scheduling Conference. These defendants request that any Order entered allow them access to any records of the Sedgwick County Sheriff's Department related to the incident that is the subject matter of this lawsuit. On the basis that any proposed Order will allow these defendants equal access to those records is allowed to plaintiff or any other party, these defendants consent to the entry of the requested Order.

        FOULSTON SIEFKIN LLP
        1551 N. Waterfront Parkway, Suite 100
        Wichita, KS  67206-4466
        Direct Telephone:  316.291.9541
        Fax:  866.738.3160
        E-mail:  jfowler@foulston.com

        By  /s/ *Jay F. Fowler*
          Jay F. Fowler, #10727
          ATTORNEYS FOR DEFENDANTS
          BRUCE C. SIMON, MARIAH R. CLARK,
          LINDSEY E. CLARK-CARPENTER,
          KYLE A. KELLEY, QUENTIN & KC L. CLARK

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2006, I electronically filed the **Response of Defendants Bruce C. Simon, Kyle A. Kelly, Quentin J. Clark, KC L. Clark and Mariah R. Clark to Plaintiff's Motion for Protective Order** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel listed below:

Mark G. Ayesh        mayesh@ayesh.kscoxmail.com
Ray E. Simmons        rsimmons@ayesh.kscoxmail.com
Ayesh Law Offices
P.O. Box 78150
Wichita, KS  67278-1750
    ATTORNEYS FOR PLAINTIFF

Terry L. Mann        tlmann@martinpringle.com
Martin, Pringle, Oliver,
   Wallace & Bauer, LLP
100 N. Broadway, Suite 500
Wichita, KS  67202
    ATTORNEY FOR DEFENDANT JOSHUA R. MCGONIGLE

John Terry Moore        terry@mooremartin.com
Moore Martin, LC
622 E. Douglas Ave.
Wichita, KS  67202
    ATTORNEY FOR DEFENDANT KINNARD J. CLARK

**[Counsel Continued Next Page]**

- 3 -

    Marc A. Powell        mpowell@powellbrewer.com
    Michael L. Baumberger        mbaumberger@powellbrewer.com
   Powell, Brewer & Reddick LLP
727 N. Waco, Suite 560
Wichita, KS  67203
     ATTORNEY FOR DEFENDANT BRIAN S. TAYLOR

    Travis J. Burk        travis@kslegaleagles.com
Patterson, Gott & Burk, L.C.
245 N. Waco, Suite 405
Wichita, KS  67202
     ATTORNEY FOR DEFENDANTS JAYSON G. GOODRICH AND CHRISTINA D. PADIN

      /s/ *Jay F. Fowler*
     Jay F. Fowler, #10727